UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 11-07187 DMG (PLAx) | Date | September 15, 2011 |
| Title | *Rick Sandoval, et al. v. Takeda Pharmaceuticals North America, Inc. et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| VALENCIA VALLERY | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF JURISDICTION**

On August 30, 2011, Plaintiffs filed a complaint in which they assert this Court's subject matter jurisdiction based on diversity of citizenship, 28 U.S.C. § 1332. "Diversity jurisdiction requires complete diversity between the parties—each defendant must be a citizen of a different state from each plaintiff." *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L.Ed. 435 (1806)).  According to the complaint, both Plaintiffs and Defendant Takeda San Diego, Inc. are California citizens. (Compl. ¶¶ 2, 8.)  Therefore, it appears that the parties are not completely diverse.

Accordingly, Plaintiffs are **ORDERED TO SHOW CAUSE** why this action should not be dismissed for lack of subject matter jurisdiction.  Plaintiffs shall file their response by **September 26, 2011**.

**IT IS SO ORDERED.**